**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00155-CV**

_____


**IN THE ESTATE OF FREDERICK BANKSTON**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 15-33174-P**

**MEMORANDUM OPINION**

On July 2, 2018, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record. The appellant, Sharita Jones, did not file a response. It appears that the appellant did not file a statement of inability to afford payment of costs and is not entitled to proceed without payment of costs. *See* Tex. R. Civ. P. 145. There being no satisfactory explanation for the failure to file the record, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

1

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on August 29, 2018
Opinion Delivered August 30, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.